427 A.2d 1160

**COMMONWEALTH of Pennsylvania,**

**v.**

**Normand TURCOTTE, Appellant.**

Supreme Court of Pennsylvania.

Submitted March 5, 1981.

Decided April 15, 1981.

Joseph M. Budicak, Public Defender's Office, Beaver, for appellant.

John Lee Brown, Jr., Asst. Dist. Atty., Beaver, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

### OPINION OF THE COURT

PER CURIAM:

The Judgment of Sentence of the Court of Common Pleas of Beaver County is affirmed.